# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00058 |
| | ) | Judge Trauger |
| VERNON EARL OLDHAM | ) | |
| | ) | |

## O R D E R

Pending before the court is a Motion to Correct or Reduce A Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Docket No. 42), filed by the defendant *pro se*. Through the motion, the defendant seeks a sentencing reduction based on Amendment 782 to the United States Sentencing Guidelines, which became effective on November 1, 2014, as well as on other grounds.

Pursuant to 18 U.S.C. § 3006A, the court appoints the Federal Public Defender's Office or, if necessary, a member of the Federal Defender's Panel to represent the defendant.

The Probation Office shall prepare a revised Presentence Investigation Report and provide a copy to counsel for the parties. Counsel for the defendant shall file any supplemental brief in support of the reduction request within twenty (20) days of receipt of the revised Presentence Investigation Report, and the government shall respond within fourteen (14) days. The court encourages the parties to attempt to agree upon the appropriateness of granting the requested relief.

It is so **ORDERED**.

ENTER this 13th day of January 2015.

_____
ALETA A. TRAUGER
U.S. District Judge